### STATE, Appellant, v AHLBRANDT, Appellee.

Ohio Appeals, First District, Hamilton County.

No. 6672—Decided May 20, 1946.

John D. Ellis, Cincinnati, Robert J. Paul, Cincinnati, for Appellant.

Ragland, Dixon & Murphy, Cincinnati, for Appellee.

## OPINION

PER CURIAM:

This case is before this Court on motion to dismiss the appeal of the State from an order of the Court of Common Pleas, reversing a conviction on a charge of drunken driving originating in the Municipal Court.

It is admitted the notice of appeal was filed twenty-two days after the judgment of the Court of Common Pleas, and it is claimed that by virtue of §12220-7 GC, the notice of appeal was not filed within time and this Court has no jurisdiction to hear the case.

The sole question for decision here is whether or not the above section of the Code governs the time of filing the notice of appeal.

The above section occurs in the General Code in "Title V—Procedure on Appeal," and is a part of the appellate procedure act, which took the place of Titles V and VI of the former Code of Civil Procedure, and is, therefore, confined in its application to civil cases.

Appeals in criminal cases are governed by a separate chapter of the Code in "Title II, Criminal Procedure" Chapter 38 "Appeals."

The motion to dismiss is, therefore, overruled.

HILDEBRANT, PJ, MATTHEWS and ROSS, JJ, concur.